## YOLANDA GIANFRANCISO *v.* A AND P TEA COMPANY (13275)

LAVERY, HEIMAN and SPEAR, Js.

Submitted on briefs November 3—decision released November 22, 1994

*Victor M. Ferrante* and *Edward L. Cleary* filed a brief for the appellant (plaintiff).

*James T. Baldwin* filed a brief for the appellee (defendant).

PER CURIAM. The decision of the workers' compensation review board is affirmed.